IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW
YORK

---

SNYDER CORP., BEAVER HOLLOW
WELLNESS LLC, and FRW BEAVER
HOLLOW MANAGEMENT, LLC,

                         Plaintiffs,

     v.

FITNESS RIDGE WORLDWIDE, LLC,
FITNESS RIDGE, LLC, JOHN DOE CORP.,
LAWRENCE S. BOND, LESLEY A. CAREY,
DAVID M. MARSHALL, KENNETH M.
PRESSBERG, ARI D. BASS, ROGER W.
BULLOCH, SCOTT R. BULLOCH, AND
MATTHEW S. HAGLER, AND "JOHN DOE
#1" THROUGH "JOHN DOE #5,"  the last five
names being fictitious and unknown to the
plaintiffs, the persons or parties intended being
members, managers, and/or officers of
defendants,

                         Defendants.

**NOTICE OF
APPEARANCE**

Civil No.: 1:18-cv-00351

---

**PLEASE TAKE NOTICE**, that Michael A. Brady, Esq., a member of the

law firm Hagerty & Brady, hereby appears in this action on behalf of defendants

FITNESS   RIDGE   WORLDWIDE,   LLC,   FITNESS   RIDGE   LLC,

KENNETH M. PRESSBERG, ARI D. BASS, and MATTHEW S. HAGLER,

and requests that he be served with all future pleadings, discovery, submissions,

and filings to the Court.


Dated: March 23, 2018
      Buffalo, NY

                                    Respectfully submitted,

                                    **HAGERTY & BRADY**


                                    s/ Michael A. Brady
                                        **Michael A. Brady**
                                        69 Delaware Ave. Suite 1010
                                        Buffalo N.Y. 14202
                                        (716) 856-9443 office
                                        (716) 856-0511 fax
                                        mbrady@hagerty-brady.com